JS-6

Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Christopher Puga*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PUGA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.<br><br>　　　　Defendant. | Case No.: 23-cv-06586-RAO<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NCB MANAGEMENT SERVICES, INC.** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant NCB Management Services, Inc. ( "Defendant"), and good cause appearing

　　**IT IS ORDERED** that the Stipulation is **GRANTED.**

　　The above-entitled matter is hereby dismissed with prejudice against Defendants.

　　**IT IS ORDERED.**

Dated: 2/22/2024

　　　　　　　　　　　　　　　　　　　*/s/ Rozella A. Oliver*
　　　　　　　　　　　　　　　　　　　Honorable Rozella A. Oliver
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

- 1 -